[This opinion has been published in *Ohio Official Reports* at 87 Ohio St.3d 255.]

THE STATE OF OHIO, APPELLANT, *v.* AKEMON, APPELLEE.

[Cite as *State v. Akemon*, 1999-Ohio-51.]

*Court of appeals' judgment affirmed on authority of State v. Conyers.*

(No. 99-543—Submitted November 3, 1999—Decided December 1, 1999.)

APPEAL from the Court of Appeals for Hamilton County, No. C-980333.

————————————

*Michael K. Allen*, Hamilton County Prosecuting Attorney, and *Philip R. Cummings*, Assistant Prosecuting Attorney, for appellant.

*Gary S. Goldman*, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Conyers* (1999), 87 Ohio St.3d 246, 719 N.E.2d 535.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————